■ JOSEPH DIVIAK et al., Respondents, v HERBERT SCHULE-FAND et al., Appellants. (Appeal No. 2.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ MARVIN MILLER, Appellant, v WILLIAM G. KENYON, Doing Business as WILLIAM G. KENYON, LTD., et al., Respondents. Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.